**MEMO ENDORSED**

**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

November 30, 2022

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007
Via ECF

Re: *United States v. Jones,* 21 Cr. 505 (ER)

Please accept this letter as an application, with government consent, to continue the pretrial conference, scheduled for December 9, 2022, to any date during the last two weeks of March, 2023 convenient to the Court.

This request is occasioned by the necessary adjournment of the December 6, 2022 Capital Case Committee meeting to a date after the conference. Learned Counsel Jasper must attend the funeral of a relative on the sixth. We expect the Committee meeting to occur some time in January, 2023 and it will take about three to four months to get a decision from the Attorney General.

The defense consents to the exclusion of speedy trial time. If this application is agreeable may we impose upon Your Honor to "so order" this letter and publish it via ECF. Thank you. I remain

Respectfully,
*s/GRGoltzer*
George R. Goltzer

All parties via ECF

---

The pretrial confernece is adjourned to March 24, 2023 at 11 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 12/5/2022
New York, New York