UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—-----------------------------------------------------
UNITED STATES OF AMERICA

-against-

WILLIAM JONES,

                Defendant.
—-----------------------------------------------------

21 Cr. 505 (ER)

ORDER as to William Jones.

It is HEREBY ORDERED that the Bureau of Prisons, or the Warden of Brooklyn MDC, or the United States Marshalls allow the delivery of certain clothes items listed below to William Jones, United States Marshal number 91368-054, who is presently incarcerated at the Brooklyn MDC and is scheduled for trial before the Honorable Edgardo Ramos on October 2, 2023.

In addition, Mr. Jones should be allowed to receive the clothing every morning at the S.D.N.Y. Courthouse. Items of Clothing: Four pair of dress pants; Four dress shirts; Four white undershirts; One pair of shoes; One belt; Four pair of socks; Two ties; Four pair of boxers.

SO ORDERED:

_____
The Honorable Edgardo Ramos

September 29, 2023