# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016
————

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102
————

Tel (973) 648-6777
Fax (917) 594-5667

February 21, 2024

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Jones
      21 Cr. 505 (ER)

Dear Judge Ramos:

I am starting a trial on March 4, 2024, in the District of New Jersey, in *United States v. Michael Healy*, 18-cr-703, before the Honorable Michael Farbiarz. I anticipate that the trial will last six weeks. Accordingly, I request an adjournment of Mr. Jones's sentencing until the last week in April 2024. The Government consents to my adjournment request.

Respectfully,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Counsel of Record (by ECF)

Sentencing is adjourned to April 26, 2024, at 11 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 2/22/2024
New York, New York